# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>JEANNE WOODFORD, M.E. BOURLAND, J.G. GIURBINO, J.A. JANDA,,<br><br>　　　　　　　　　　Defendants. | CASE NO. 07cv57 WQH (JMA)<br><br>**ORDER**<br><br>(Doc. # 22) |

HAYES, Judge:

　　On July 31, 2007, this Court issued an Order which stated, in part:

　　[T]he Court will sua sponte **GRANT** Plaintiff an extension of time pursuant to FED.R.CIV.P. 4(m) to effect service of his First Amended Complaint. Plaintiff must submit his U.S. Marshal Form 285 to the U.S. Marshal as previously instructed for each named Defendant within 30 days from the date this Order is filed.

(Doc. # 19 at 3.)

　　On August 13, 2007, Plaintiff, an inmate currently incarcerated at the California Correctional Institution in Tehachapi, California and proceeding pro se, filed a "Motion Requesting the Court to Send U.S. Marshal Form 285" (Doc. # 22), requesting to Court to send him five copies of U.S. Marshal Form 285 and requesting 45 day extension of time to effect service of the First Amended Complaint.

　　The Motion Requesting the Court to Send U.S. Marshal Form 285 (Doc. # 22) is

1 **GRANTED**. The Clerk of the Court is directed to send Plaintiff five copies of U.S. Marshal
2 Form 285. Plaintiff must submit a U.S. Marshal Form 285 to the U.S. Marshal as previously
3 instructed for each named Defendant within 45 days from the date this Order is filed. The U.S.
4 Marshal shall, within 30 days of receiving Plaintiff's U.S. Marshal Form 285, effect service
5 of Plaintiff's First Amended Complaint and summons upon Defendants, as directed by Plaintiff
6 on the U.S. Marshal Form 285.

7 **IT IS SO ORDERED.**

8 DATED: August 21, 2007

9 *William Q. Hayes*
**WILLIAM Q. HAYES**
10 United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28