UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LYNN NORWOOD,<br><br>             Plaintiff,<br><br>v.<br><br>JEANNE WOODFORD, et al.,<br><br>             Defendants. | Case No. 07-CV-0057-WQH (JMA)<br><br>**ORDER (1) DENYING PLAINTIFF'S REQUEST FOR DISCOVERY AND (2) GRANTING PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

On or about December 11, 2007, Plaintiff filed a "Motion Requesting Postponement of Proceedings Until Discovery is Complete," in which he seeks the opportunity to conduct discovery before responding to the Motion to Dismiss First Amended Complaint filed by Defendants J. Woodford and G.J. Janda. Plaintiff alternatively seeks additional time to file his opposition to the motion to dismiss.

**IT IS HEREBY ORDERED:**

1. Plaintiff's request for discovery is <u>denied</u>.

2. Plaintiff's request for additional time to file an opposition to Defendants' motion to dismiss is <u>granted</u>.  The new

1  briefing schedule is as follows:
2       a.   Plaintiff's opposition shall be filed and served by
3  <u>January 11, 2008</u>;
4       b.   Defendants' reply shall be filed and served by
5  <u>January 18, 2008</u>;
6       c.   The motion shall now be heard on **January 25, 2008**
7  at **9:00 a.m.** Unless the Court directs otherwise in advance, this
8  matter will be resolved without oral argument and no personal
9  appearances on the hearing date should be made.
10     **IT IS SO ORDERED.**
11 DATED:   December 14, 2007

                                     Jan M. Adler
                                     U.S. Magistrate Judge