UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY LYNN NORWOOD, | ) | Case No. 07-CV-0057-WQH (JMA) |
| Plaintiff, | ) | **ORDER RESCHEDULING HEARING DATE ON DEFENDANTS' MOTION TO DISMISS** |
| v. | ) | |
| JEANNE WOODFORD, et al., | ) | |
| Defendants. | ) | |

On the Court's own motion, **IT IS HEREBY ORDERED** that the hearing on the Motion to Dismiss First Amended Complaint filed by Defendants J. Woodford and G.J. Janda [Doc. No. 33], currently set for January 25, 2008, is <u>rescheduled</u> for **February 19, 2008** at **9:00 a.m.**  Unless the Court directs otherwise in advance, this matter will be resolved without oral argument and no personal appearances on the hearing date should be made.

**IT IS SO ORDERED**.

DATED:  January 4, 2008

Jan M. Adler
U.S. Magistrate Judge

07cv0057