1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11   GREGORY LYNN NORWOOD,            )   Case No. 07-CV-0057-WQH (JMA)
                                      )
12                 Plaintiff,         )   **ORDER GRANTING REQUEST FOR**
                                      )   **EXTENSION OF TIME**
13   v.                               )
                                      )   **[Doc. No. 50]**
14   JEANNE WOODFORD, et al.,         )
                                      )
15                 Defendants.        )
                                      )
16   ─────────────────────────────    )

17

18        On January 25, 2008, Deputy Attorney General Sylvie P.

19   Snyder filed a declaration and request for extension of time to

20   comply with the Court's January 11, 2008 Order, which required

21   Ms. Snyder to obtain Defendant Torres' last known contact

22   information from the California Department of Corrections and

23   Rehabilitation ("CDCR") and provide this information to the U.S.

24   Marshal in a confidential memorandum in order to permit service

25   to be effected upon Torres.  <u>See</u> Doc. No. 47.

26        According to Ms. Snyder's declaration, she is in the process

27   of working with the CDCR's legal section and the litigation

28   coordinator at Calipatria State Prison, who are attempting to

obtain authorization from Torres for the CDCR to accept service on his behalf.  Snyder Decl., ¶ 3.  Ms. Snyder expects to have a response from the CDCR and/or the litigation coordinator within two weeks.  Id., ¶ 6.

Again, the Court's January 11, 2008 Order required Ms. Snyder to obtain Defendant Torres' last known contact information from the CDCR and provide this information to the U.S. Marshal.  Thus, the Court's Order did not contemplate that authorization be obtained from Defendant Torres for the CDCR to accept service on his behalf.  Although the Court hereby **GRANTS** the request for a two week extension of time to comply with its Order, the Court reiterates that Deputy Attorney General Snyder has been ordered to obtain Defendant Torres' last known contact information from the CDCR and provide this information to the U.S. Marshal in a confidential memorandum indicating that the summons and complaint is to be delivered to the specified address.  If the CDCR does not obtain authorization to accept service on behalf of Defendant Torres, the Deputy Attorney General shall nonetheless fully comply with the January 11, 2008 Order on or before **February 8, 2008**.  If the Deputy Attorney General is not able to locate an address for Defendant Torres, she shall file a Declaration with the Court to that effect by no later than **February 8, 2008**.

**IT IS SO ORDERED**.

DATED:  January 29, 2008

Jan M. Adler
U.S. Magistrate Judge

2

07cv0057