UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY LYNN NORWOOD, | ) | Case No. 07-CV-0057-WQH (JMA) |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING PLAINTIFF'S** |
| | ) | **MOTION REQUESTING SERVICE UPON** |
| v. | ) | **DEFENDANT GIURBINO** |
| | ) | |
| JEANNE WOODFORD, et al., | ) | **[Doc. 54]** |
| | ) | |
| Defendants. | ) | |
| | ) | |

On February 26, 2008 *nunc pro tunc* February 20, 2008, Plaintiff filed a motion requesting service upon Defendant Giurbino. Doc. 54. Plaintiff, proceeding pro se and *in forma pauperis*, requests that the Court order service upon Defendant Giurbino via the Attorney General or the California Department of Corrections and Rehabilitation ("CDCR"). Counsel for Defendants M. Bourland, J. Woodford and G. Janda oppose Plaintiff's request.

//
//
//
//

07cv0057

1 | Plaintiff's motion is **DENIED**. The undersigned's chambers
2 | has confirmed with the Office of the U.S. Marshal that it is
3 | currently in the process of re-attempting service upon Defendant
4 | Giurbino. Therefore, there is no need for the Court to order
5 | service upon Defendant Giurbino via the Attorney General or the
6 | CDCR.

**IT IS SO ORDERED.**

DATED: March 10, 2008

                                              _____
                                              Jan M. Adler
                                              U.S. Magistrate Judge